# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

157516

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

CLINTON WILLIE BROOKS,
　　　　　Defendant-Appellant.

SC: 157516
COA: 333279
Macomb CC: 2015-003263-FC

_____/

On order of the Court, the application for leave to appeal the February 15, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Part V.A. of the Court of Appeals judgment addressing offense variable (OV) 11, and we REMAND this case to the Court of Appeals to determine whether *People v Beck*, 504 Mich ___ (2019), is applicable to the defendant's challenge to OV 11 and, if so, to reconsider that issue in light of *Beck*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

b1118